**HARRINGTON, FOXX, DUBROW & CANTER, LLP**
1055 WEST SEVENTH STREET, 29TH FLOOR
LOS ANGELES, CALIFORNIA 90017-2547
TELEPHONE (213) 489-3222

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN E. KING, an individual | Civil Action No. C 05-3478-CW |
| Plaintiff, | |
| -vs- | [~~PROPOSED~~] ORDER RE: COUNSEL'S TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE |
| G.E. FINANCIAL ASSURANCE and PHOENIX HOME LIFE MUTUAL INSURANCE COMPANY; THE SONOMA NATIONAL BANK GROUP LONG TERM DISABILITY PLAN and SONOMA NATIONAL BANK | |
| Defendants. | |

The request of counsel for Defendants G.E. FINANCIAL ASSURANCE, et al. to appear telephonically at the case management conference scheduled for January 13, 2006, at 1:30 p.m. is hereby GRANTED.

DATED: January __11__, 2006

_____
JUDGE OF THE UNITED STATES DISTRICT COURT



IT IS SO ORDERED
Judge Claudia Wilken

F:\CASE\RAW.2295\PLEADINGS NO. 2\Order Re CMC Appearance.wpd    -1-